**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

LARRY LAND, Sued as
Larry D. Land,

Plaintiff,

v.

INTERNAL REVENUE SERVICE and
BLAINE HOLIDAY,

Defendants.

Civil No. 01-2280 (DWF/SRN)

**ORDER OF REFERENCE**

---

Larry Land, pro se, 1946 Edgerton, St. Paul, MN 55117, Plaintiff.

Mary E. Bielefeld, Esq., Trial Attorney, Tax Division, U.S. Department of Justice, P.O. Box 7238, Ben Franklin Station, Washington, D.C. 20044, counsel for Defendants.

---

IT IS ORDERED that pursuant to Title 28, United States Code, Section 636(b)(1)(A), (B), and (C), Plaintiff's Motion for Entry of Judgment by Default (Docket No. 7) is referred to Magistrate Judge Susan Richard Nelson.

The Plaintiff is directed to call and schedule the motion with Calendar Clerk Beverly Riches at 651-848-1200.

Dated: April 16, 2002

DONOVAN W. FRANK
Judge of United States District Court

Filed APR 1 6 2002
Richard D. Sletten, Clerk
Judgment Entered ______
Deputy Clerk's Initials ______