**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

LARRY LAND, Sued as
Larry D. Land,

Plaintiff,

v.

INTERNAL REVENUE SERVICE and
BLAINE HOLIDAY,

Defendants.

Civil No. 01-2280 (DWF/SRN)

**SECOND AMENDED ORDER OF REFERENCE**

---

Larry Land, pro se, 1946 Edgerton, St. Paul, MN 55117, Plaintiff.

Mary E. Bielefeld, Esq., Trial Attorney, Tax Division, U.S. Department of Justice, P.O. Box 7238, Ben Franklin Station, Washington, D.C. 20044, counsel for Defendants.

---

IT IS ORDERED that pursuant to Title 28, United States Code, Section 636(b)(1)(A), (B), and (C), Plaintiff's Motion for Entry of Judgment by Default (Docket No. 7), Defendant's Motion to Dismiss, or Alternatively, for Summary Judgment (Docket No.12), Plaintiff's Motion for Settlement (Docket No. 20) and Plaintiff's Motion to Dismiss Under Rule-56 and Motion for Relief (Docket No. 27) are referred to Magistrate Judge Susan Richard Nelson.

Plaintiff and counsel for Defendant are directed to call and schedule the motions with Calendar Clerk Beverly Riches at 651-848-1200.

Dated: ~~April 17, 2002~~ June 11, 2002

DONOVAN W. FRANK
Judge of United States District Court

Filed JUN 11 2002
Richard D. Sletten, Clerk
Judgment Entered ____________
Deputy Clerk's Initials ____________