**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Larry Land, sued as Larry D. Land,

Plaintiff,

v.

Internal Revenue Service and Blaine Holiday,

Defendant.

Civil No. 01-2280 (DWF/SRN)

**ORDER AND MEMORANDUM**

---

Larry Land, *Pro Se*, 1946 Edgerton, St. Paul, MN 55117, Plaintiff.

Mary E. Bielefeld, Esq., United States Department of Justice, Tax Division, Ben Franklin Station, Washington, DC 20044, counsel for Defendant.

---

This matter is before the Court on Plaintiff's self-styled motion for leave to file a motion to vacate decision or otherwise to file a motion for reconsideration of the Court's order granting Defendants' motion to dismiss or, alternatively, for summary judgment filed on December 3, 2002, in which the Court adopted the Report and Recommendation of Magistrate Judge Susan Richard Nelson dated October 30, 2002.

For the reasons stated in the attached Memorandum, **IT IS HEREBY ORDERED**:

1. Plaintiff's request to file a motion for reconsideration (Doc. No. 38) is **DENIED**.

Dated: January 7, 2003

DONOVAN W. FRANK
Judge of United States District Court

FILED JAN 0 7 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD.
DEPUTY CLERK

**MEMORANDUM**

A motion to reconsider under Local Rule 7.1(g) is the "functional equivalent" of a motion to alter or amend a judgment under Rule 59(e) of the Federal Rules of Civil Procedure. *DuBose v. Kelly*, 187 F.3d 999, 1002 (8th Cir. 1999). Requests to file such motions are granted "only upon a showing of compelling circumstances." D. Minn. L.R. 7.1(g).

The proper role of a motion to reconsider is extremely limited to correct manifest errors of law or to present newly discovered evidence. *Hagerman v. Yukon Energy Corp.*, 839 F.2d 407, 414 (8th Cir. 1998). I find no manifest error of law in the previous ruling of the Court nor do the interests of justice require this Court to grant Plaintiff's motion for reconsideration.

Because the Plaintiff has not shown compelling circumstances as required by Local Rule 7.1(g), the Court denies Plaintiff's request to file a motion to reconsider.

D.W.F.